No. 93–6169.  HASHMI *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 93–6171.  JAMES *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 93–6179.  LOHR *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 93–6187.  WHITE *v.* DETROIT DIESEL ALLISON ENGINE PLANT/TRUCK & BUS GM CORPORATION DIVISION.  Ct. App. Ohio, Montgomery County.  Certiorari denied.

No. 93–6189.  KOSTH *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 93–6196.  NICHOLAS *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 93–6197.  PEREZ *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 93–6208.  GRADY *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 93–6209.  GREEN *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 93–6210.  MEDINA *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 93–6214.  SANDERS *v.* UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 93–6216.  SPAGNOLI *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 93–6219.  WILLIAMS *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 93–6229.  SCHILLING *v.* GRE INSURANCE CO. ET AL.  Ct. App. Ohio, Franklin County.  Certiorari denied.

No. 93–6230.  BARROWS *v.* UNITED STATES.  C. A. 1st Cir. Certiorari denied.